Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-566

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title
_____

| | |
|---|---|
| **Title of Work:** | Honey Bee |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | September 11, 2018 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| **Author:** | Barrett Christopher Biggers |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions
_____

| | |
|---|---|
| **Organization Name:** | Barrett Biggers Artist Inc. |
| **Name:** | Barrett Christopher Biggers |
| **Email:** | barrettbiggersartist@gmail.com |
| **Address:** | 403 Melanie Way |
| | Maitland, FL 32751 United States |

## Certification
_____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 15, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-573

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Monarch Butterfly

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 26, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

## VA 2-370-714

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title

**Title of Work:** Realm of Cats

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 27, 2019
**Nation of 1st Publication:** United States

## Author

**Author:** Barrett Christopher Biggers
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



## Certificate of Registration




This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-570

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title
 

          **Title of Work:**  The Red Fox

## Completion/Publication
 

          **Year of Completion:**  2017
     **Date of 1st Publication:**  June 06, 2017
  **Nation of 1st Publication:**  United States

## Author
 

                **Author:**  Barrett Christopher Biggers
         **Author Created:**  2-D artwork
             **Citizen of:**  United States

## Copyright Claimant
 

     **Copyright Claimant:**  Barrett Christopher Biggers
                           403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions
 

     **Organization Name:**  Barrett Biggers Artist Inc.
                **Name:**  Barrett Christopher Biggers
                 **Email:**  barrettbiggersartist@gmail.com
              **Address:**  403 Melanie Way
                         Maitland, FL 32751 United States

## Certification
 

                 **Name:**  David Denholm
                  **Date:**  August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-515

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Cat Dreams of Leaving

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** February 18, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-552

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title

**Title of Work:** Walk with Wolves

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 13, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-544

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Yin Yang Tao Te Ching

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 21, 2021
**Nation of 1st Publication:** United States

## Author

**Author:** Barrett Christopher Biggers
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-723

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:**  Necromagus

## Completion/Publication

**Year of Completion:**  2015
**Date of 1st Publication:**  May 22, 2015
**Nation of 1st Publication:**  United States

## Author

**•**  **Author:**  Barrett Christopher Biggers
**Author Created:**  2-D artwork
**Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:**  Barrett Biggers Artist Inc.
**Name:**  Barrett Christopher Biggers
**Email:**  barrettbiggersartist@gmail.com
**Address:**  403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:**  David Denholm
**Date:**  August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-564

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Giraffe Surreal |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | November 17, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Barrett Christopher Biggers |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Barrett Biggers Artist Inc. |
| Name: | Barrett Christopher Biggers |
| Email: | barrettbiggersartist@gmail.com |
| Address: | 403 Melanie Way |
| | Maitland, FL 32751 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | August 15, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-547

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Wild Horse

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 05, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023

Page 1 of 2



## Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-704

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** The Deer

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 18, 2017
**Nation of 1st Publication:** United States

## Author

**Author:** Barrett Christopher Biggers
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-521

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

Title of Work: Colorful Asian

## Completion/Publication

Year of Completion: 2011
Date of 1st Publication: September 16, 2011
Nation of 1st Publication: United States

## Author

• Author: Barrett Christopher Biggers
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

Organization Name: Barrett Biggers Artist Inc.
Name: Barrett Christopher Biggers
Email: barrettbiggersartist@gmail.com
Address: 403 Melanie Way
Maitland, FL 32751 United States

## Certification

Name: David Denholm
Date: August 15, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-571

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

Title of Work: Life and Death

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: August 29, 2017
Nation of 1st Publication: United States

## Author

- Author: Barrett Christopher Biggers
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

Organization Name: Barrett Biggers Artist Inc.
Name: Barrett Christopher Biggers
Email: barrettbiggersartist@gmail.com
Address: 403 Melanie Way
Maitland, FL 32751 United States

## Certification

Name: David Denholm
Date: August 15, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-589

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title

**Title of Work:**  The Gatekeeper

## Completion/Publication

**Year of Completion:**  2015
**Date of 1st Publication:**  August 31, 2015
**Nation of 1st Publication:**  United States

## Author

• **Author:**  Barrett Christopher Biggers
**Author Created:**  2-D artwork
**Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:**  Barrett Biggers Artist Inc.
**Name:**  Barrett Christopher Biggers
**Email:**  barrettbiggersartist@gmail.com
**Address:**  403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:**  David Denholm
**Date:**  August 15, 2023

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-370-557**

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Forest of Memories |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | March 21, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Barrett Christopher Biggers |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Barrett Biggers Artist Inc. |
| **Name:** | Barrett Christopher Biggers |
| **Email:** | barrettbiggersartist@gmail.com |
| **Address:** | 403 Melanie Way |
| | Maitland, FL 32751 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 15, 2023 |



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-567

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | In the Valley of the Wind |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | March 10, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Barrett Christopher Biggers |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Barrett Biggers Artist Inc. |
| **Name:** | Barrett Christopher Biggers |
| **Email:** | barrettbiggersartist@gmail.com |
| **Address:** | 403 Melanie Way |
| | Maitland, FL 32751 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 15, 2023 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-370-575**

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Moon Wolf Pack

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 12, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-724

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:**   Mother Earth Gaia

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   July 13, 2018
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Barrett Christopher Biggers
  **Author Created:**   2-D artwork
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:**   Barrett Biggers Artist Inc.
**Name:**   Barrett Christopher Biggers
**Email:**   barrettbiggersartist@gmail.com
**Address:**   403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:**   David Denholm
**Date:**   August 15, 2023

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-370-568

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title

**Title of Work:** The Road Not Taken

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 11, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-722

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Night Cat Moon

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 06, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-517

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | China Great Panda |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | March 24, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Barrett Christopher Biggers |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Barrett Biggers Artist Inc. |
| **Name:** | Barrett Christopher Biggers |
| **Email:** | barrettbiggersartist@gmail.com |
| **Address:** | 403 Melanie Way |
| | Maitland, FL 32751 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 15, 2023 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-522

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title
_____

Title of Work:    Cross of Christ

## Completion/Publication
_____

Year of Completion:    2022
Date of 1st Publication:    June 09, 2022
Nation of 1st Publication:    United States

## Author
_____

• Author:    Barrett Christopher Biggers
Author Created:    2-D artwork
Citizen of:    United States

## Copyright Claimant
_____

Copyright Claimant:    Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions
_____

Organization Name:    Barrett Biggers Artist Inc.
Name:    Barrett Christopher Biggers
Email:    barrettbiggersartist@gmail.com
Address:    403 Melanie Way
Maitland, FL 32751 United States

## Certification
_____

Name:    David Denholm
Date:    August 15, 2023

Page 1 of 2

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-370-527**

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:**   Dark Fairy Tales Series - Beauty and the Beast

## Completion/Publication

**Year of Completion:**   2020
**Date of 1st Publication:**   October 06, 2020
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Barrett Christopher Biggers
  **Author Created:**   2-D artwork
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:**   Barrett Biggers Artist Inc.
**Name:**   Barrett Christopher Biggers
**Email:**   barrettbiggersartist@gmail.com
**Address:**   403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:**   David Denholm
**Date:**   August 15, 2023





# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-555

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Forest of Illusion

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 05, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

**VA 2-370-565**

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Gorilla

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 09, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-569

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:**   Labrador Retriever

## Completion/Publication

**Year of Completion:**   2020
**Date of 1st Publication:**   November 06, 2020
**Nation of 1st Publication:**   United States

## Author

● **Author:**   Barrett Christopher Biggers
**Author Created:**   2-D artwork
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:**   Barrett Biggers Artist Inc.
**Name:**   Barrett Christopher Biggers
**Email:**   barrettbiggersartist@gmail.com
**Address:**   403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:**   David Denholm
**Date:**   August 15, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-572

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title
_____

**Title of Work:** Lions and Africa

## Completion/Publication
_____

**Year of Completion:** 2018
**Date of 1st Publication:** January 14, 2018
**Nation of 1st Publication:** United States

## Author
_____

**Author:** Barrett Christopher Biggers
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions
_____

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification
_____

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration




This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-721

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title

| | |
|---|---|
| Title of Work: | Northern Cardinal |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | December 10, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Barrett Christopher Biggers |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Barrett Biggers Artist Inc. |
| Name: | Barrett Christopher Biggers |
| Email: | barrettbiggersartist@gmail.com |
| Address: | 403 Melanie Way |
| | Maitland, FL 32751 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | August 15, 2023 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-599

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title
                                                                   
           **Title of Work:**   The Dolphin

## Completion/Publication

         **Year of Completion:**   2017
      **Date of 1st Publication:**   January 18, 2017
   **Nation of 1st Publication:**   United States

## Author

        •        **Author:**   Barrett Christopher Biggers
      **Author Created:**   2-D artwork
        **Citizen of:**   United States

## Copyright Claimant

     **Copyright Claimant:**   Barrett Christopher Biggers
   403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

    **Organization Name:**   Barrett Biggers Artist Inc.
             **Name:**   Barrett Christopher Biggers
            **Email:**   barrettbiggersartist@gmail.com
         **Address:**   403 Melanie Way
   Maitland, FL 32751 United States

## Certification

             **Name:**   David Denholm
              **Date:**   August 15, 2023





# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-370-560**

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title
_____

**Title of Work:** The Selfie

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** July 22, 2016
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

**Author:** Barrett Christopher Biggers
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions
_____

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification
_____

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-519

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title

Title of Work: Circle of Life Cell

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: May 07, 2015
Nation of 1st Publication: United States

## Author

- Author: Barrett Christopher Biggers
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

Organization Name: Barrett Biggers Artist Inc.
Name: Barrett Christopher Biggers
Email: barrettbiggersartist@gmail.com
Address: 403 Melanie Way
Maitland, FL 32751 United States

## Certification

Name: David Denholm
Date: August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

**VA 2-370-529**

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title

| | |
|---|---|
| Title of Work: | Day Cat Sun |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | September 05, 2020 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Barrett Christopher Biggers |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Barrett Biggers Artist Inc. |
| Name: | Barrett Christopher Biggers |
| Email: | barrettbiggersartist@gmail.com |
| Address: | 403 Melanie Way |
| | Maitland, FL 32751 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | August 15, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-370-550**

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Dreams of Gravity

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 05, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-716

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title _____

        **Title of Work:** Raven Memories

## Completion/Publication _____

        **Year of Completion:** 2019
     **Date of 1st Publication:** August 20, 2019
  **Nation of 1ˢᵗ Publication:** United States

## Author _____

          •   **Author:** Barrett Christopher Biggers
    **Author Created:** 2-D artwork
        **Citizen of:** United States

## Copyright Claimant _____

  **Copyright Claimant:** Barrett Christopher Biggers
              403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions _____

   **Organization Name:** Barrett Biggers Artist Inc.
            **Name:** Barrett Christopher Biggers
          **Email:** barrettbiggersartist@gmail.com
        **Address:** 403 Melanie Way
               Maitland, FL 32751 United States

## Certification _____

         **Name:** David Denholm
          **Date:** August 15, 2023





# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-370-709**

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Skull Thang

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 14, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-558

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title
 

| | |
|---|---|
| Title of Work: | Tiger |

## Completion/Publication
 

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | April 15, 2020 |
| Nation of 1st Publication: | United States |

## Author
 

| | |
|---|---|
| • Author: | Barrett Christopher Biggers |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant
 

| | |
|---|---|
| Copyright Claimant: | Barrett Christopher Biggers<br>403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions
 

| | |
|---|---|
| Organization Name: | Barrett Biggers Artist Inc. |
| Name: | Barrett Christopher Biggers |
| Email: | barrettbiggersartist@gmail.com |
| Address: | 403 Melanie Way<br>Maitland, FL 32751 United States |

## Certification
 

| | |
|---|---|
| Name: | David Denholm |
| Date: | August 15, 2023 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-514

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title
_____

**Title of Work:** Bald Eagle

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** June 05, 2015
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions
_____

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification
_____

**Name:** David Denholm
**Date:** August 15, 2023



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-523

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

### Title

| | |
|---|---|
| **Title of Work:** | Crows in Flight |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | April 02, 2019 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **• Author:** | Barrett Christopher Biggers |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Barrett Biggers Artist Inc. |
| **Name:** | Barrett Christopher Biggers |
| **Email:** | barrettbiggersartist@gmail.com |
| **Address:** | 403 Melanie Way |
| | Maitland, FL 32751 United States |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 15, 2023 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-526

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title
_____

**Title of Work:** Curiosity's Garden

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** December 26, 2016
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions
_____

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification
_____

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-554

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title

**Title of Work:** Duality of Nature

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 25, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-563

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title

| | |
|---|---|
| Title of Work: | Freya Goddess Temple |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2021 |
| Date of 1st Publication: | March 05, 2021 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Barrett Christopher Biggers |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Barrett Biggers Artist Inc. |
| Name: | Barrett Christopher Biggers |
| Email: | barrettbiggersartist@gmail.com |
| Address: | 403 Melanie Way |
| | Maitland, FL 32751 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | August 15, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-370-719

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title
_____

**Title of Work:** Predators and Prey

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** February 08, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Barrett Christopher Biggers
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions
_____

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification
_____

**Name:** David Denholm
**Date:** August 15, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

## VA 2-370-711

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title
_____

Title of Work: Ruby Throated Hummingbird

## Completion/Publication
_____

Year of Completion: 2020
Date of 1st Publication: July 08, 2020
Nation of 1st Publication: United States

## Author
_____

- Author: Barrett Christopher Biggers
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions
_____

Organization Name: Barrett Biggers Artist Inc.
Name: Barrett Christopher Biggers
Email: barrettbiggersartist@gmail.com
Address: 403 Melanie Way
Maitland, FL 32751 United States

## Certification
_____

Name: David Denholm
Date: August 15, 2023



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-708

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title
_____

**Title of Work:** Small Fish Small Pond

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** October 30, 2012
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions
_____

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification
_____

**Name:** David Denholm
**Date:** August 15, 2023

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-706

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

**Title of Work:** Temple to Lost Dreams

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 18, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Barrett Christopher Biggers
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Barrett Christopher Biggers
403 Melanie Way, Maitland, FL, 32751, United States

## Rights and Permissions

**Organization Name:** Barrett Biggers Artist Inc.
**Name:** Barrett Christopher Biggers
**Email:** barrettbiggersartist@gmail.com
**Address:** 403 Melanie Way
Maitland, FL 32751 United States

## Certification

**Name:** David Denholm
**Date:** August 15, 2023



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-370-578

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

---

## Title

|   |   |
|---|---|
| **Title of Work:** | The Gateway |

## Completion/Publication

|   |   |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 11, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

|   |   |
|---|---|
| • **Author:** | Barrett Christopher Biggers |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

|   |   |
|---|---|
| **Copyright Claimant:** | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions

|   |   |
|---|---|
| **Organization Name:** | Barrett Biggers Artist Inc. |
| **Name:** | Barrett Christopher Biggers |
| **Email:** | barrettbiggersartist@gmail.com |
| **Address:** | 403 Melanie Way |
| | Maitland, FL 32751 United States |

## Certification

|   |   |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 15, 2023 |

Page 1 of 2



Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-370-556**

**Effective Date of Registration:**
August 15, 2023
**Registration Decision Date:**
November 14, 2023

## Title

| | |
|---|---|
| Title of Work: | Tigris |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | September 15, 2013 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Barrett Christopher Biggers |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Barrett Christopher Biggers |
| | 403 Melanie Way, Maitland, FL, 32751, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Barrett Biggers Artist Inc. |
| Name: | Barrett Christopher Biggers |
| Email: | barrettbiggersartist@gmail.com |
| Address: | 403 Melanie Way |
| | Maitland, FL 32751 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | August 15, 2023 |

